# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

STEVEN EDWARDS,

      Plaintiff,

  v.

STANISLAUS COUNTY SHERIFF'S DEPARTMENT,

      Defendant.

Case No. 1:21-cv-01135-DJC-JDP (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Steven Edwards, a necessary and material witness in a settlement conference in this case on September 12, 2024, is currently detained in Coalinga State Hospital (CSH), in the custody of the Executive Director. In order to secure this detainee's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of detention, on Thursday, September 12, 2024 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at Coalinga State Hospital at (559) 935-4308 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   August 1, 2024                                    _____
                                                                           JEREMY D. PETERSON
                                                                           UNITED STATES MAGISTRATE JUDGE